1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARINE DOCUMENTATION SERVICE, INC.,

                    Plaintiff,

        v.

MARK D. FINCH et al.,

                    Defendants.

CASE NO. C05-1819JLR

MINUTE ORDER

        The following minute order is made by the direction of the court, the Honorable

James L. Robart:

        This matter comes before the court as an interpleader action under 28 U.S.C. §

1335.  The court has received Plaintiff's complaint (Dkt. # 1) along with a Motion for

Order Authorizing Deposit, Restraining Defendants and Discharging Plaintiff (Dkt. # 3).

The court STRIKES Plaintiff's motion with leave to re-file the motion once the Plaintiff

has properly served the Defendants in this action with its complaint and the motion.

        Filed and entered this 8th day of November, 2005.

                                        BRUCE RIFKIN, Clerk

                                                s/Mary Duett
                                        By
                                                Deputy Clerk

MINUTE ORDER